IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19CR3104 |
| vs. | |
| DEAVIEA DAVID BROWN, | ORDER |
| Defendant. | |

IT IS ORDERED that Defendant's Motion for Leave to Appeal In Forma Pauperis, Filing no. 55, is granted.

Dated this 24th day of February, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge