IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19CR3104 |
| vs. | ORDER |
| DEAVIEA DAVID BROWN, | |
| Defendant. | |

After careful consideration,

IT IS ORDERED that Defendant's Motion for Court Records/Documents (Filing 75) is denied.

Dated this 11th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge